United States District Court
Southern District of Texas
FILED

JUL - 9 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

HECTOR GARCIA RESENDEZ §
§
*Plaintiff* §
§
§   CIVIL ACTION NO. B-01-122
vs. §
§
UNITED STATES OF AMERICA, UNITED §
STATES DEPARTMENT OF JUSTICE AND §
BURL WAYNE TAYLOR §
*Defendants* §

## PLAINTIFF'S ORIGINAL COMPLAINT

### A. PARTIES

1. Plaintiff, Hector Garcia Resendez, is an individual citizen of the State of Texas.

2. Defendant, Burl Wayne Taylor (known herein as "DEFENDANT TAYLOR"), is an individual who is a citizen of the State of Texas, may be served with process at the last known address of 695 Jose Marti Blvd, Brownsville, Texas 78521.

3. Defendant, UNITED STATES OF AMERICA (known herein as "DEFENDANT USA"), may be served by serving the United States and by also sending a copy of the summons and the complaint by registered or certified mail to defendant by and through Karen Severn, Director, U.S. Department of Justice Immigration and Naturalization Service, Administrative Center, 7701 N. Stemmons Freeway, Dallas, Texas 75247.

Defendant, UNITED STATES DEPARTMENT OF JUSTICE IMMIGRATION AND NATURALIZATION SERVICE BORDER PATROL SERVICE (known herein as "DEFENDANT BORDER PATROL"), is a function of the Executive Branch of the United States Government, which conducts business in the United State of America and the State of Texas, may be served by serving Karen Severn, Director, U.S. Department of Justice Immigration and Naturalization Service,

Administrative Center, 7701 N. Stemmons Freeway, Dallas, Texas 75247.

## B. JURISDICTION

4. The Court has jurisdiction over the lawsuit because the action arises against the UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF JUSTICE IMMIGRATION AND NATURALIZATION SERVICE BORDER PATROL SERVICE and a Border Patrol Agent, BURL WAYNE TAYLOR.

## C. FACTS

6. The lawsuit results from a collision that occurred on March 2, 2000, at the intersection of Washington Street and B Street in Harlingen, Texas. Plaintiff was driving his vehicle reasonably and prudently when defendant Taylor made an improper turn and failed to yield the right-of-way at a stop sign, and suddenly and violently struck plaintiff's vehicle. As a result of the impact, plaintiff suffered damages to his vehicle in the amount of $2,242.60

## D. COUNT 1 - NEGLIGENCE

6. At the time of the accident, DEFENDANT TAYLOR was operating a vehicle owned by DEFENDANT BORDER PATROL and DEFENDANT USA, and operated his vehicle negligently. DEFENDANT TAYLOR had a duty to exercise ordinary care and operate his vehicle reasonably and prudently. DEFENDANT TAYLOR breached that duty in one or more of the following ways:

   a. Failing to maintain a proper lookout;

   b. Failing to make a turn safely and without danger to other drivers on the road.

   c. Failing to stop and yield the right-of-way at a stop sign.

## E. COUNT 2 - NEGLIGENCE

7. That the collision on March 2, 2000, which has made the basis of this suit was brought about by the negligence of the DEFENDANTS USA AND BORDER PATROL. That on the occasion in question, the Defendants were guilty of negligence in the following particulars:

a.  DEFENDANT TAYLOR was an employee of DEFENDANTS USA AND BORDER PATROL, and DEFENDANTS were responsible for his negligent actions under the doctrine of *Respondant Superior.*

b.  In entrusting its vehicle to DEFENDANT TAYLOR when it knew or should have known that DEFENDANT TAYLOR was an incompetent and reckless driver.

That each and all of the above acts of negligence on the part of the Defendants, DEFENDANTS USA AND BORDER PATROL, was a separate act of negligence and each was a proximate cause of the collision and damages in question.

### F. DAMAGES

8.  As a direct and proximate result of defendant's negligence, Plaintiff suffered the following damages:

    a.  Property damage in the amount of $2,242.60.

### G. PRAYER

9.  For these reasons, Plaintiff asks for judgment against defendant for:

    a.  Actual damages in the amount of $2,242.60

    b.  prejudgment and post-judgment interest;

    c.  cost of suit; and

    d.  all other relief the court deems appropriate.

Respectfully submitted,

LAW OFFICES OF AARON & QUIRK.
901 N.E. Loop 410, Suite 903
San Antonio, Texas 78209-1308
Telephone: (210) 820-0211
Facsimile: (210) 820-0214

By: _____
THOMAS E. QUIRK
*State Bar No.* 16437700
ATTORNEYS FOR PLAINTIFF

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**B-01-122**

**I.(a) PLAINTIFFS**

Hector Garcia Resendez

**DEFENDANTS**

United States of America, United States Department of Justice and Burl Wayne Taylor

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  Cameron
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  Cameron
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Thomas Quirk and Ronald Layer
Aaron & Quirk, P.P.C.
901 N.E. Loop 410, Ste. 903 S.A., TX 78209

ATTORNEYS (IF KNOWN)

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | PERSONAL PROPERTY | ☐ 690 Other | | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | | | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | LABOR | SOCIAL SECURITY | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☒ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 892 Economic Stabilization Act |
| | / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 893 Environmental Matters |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 863 DIWC/DIWW (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 864 SSID Title XVI | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | HABEAS CORPUS: | ☐ 865 RSI (405(g)) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | FEDERAL TAX SUITS | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 890 Other Statutory Actions |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 871 IRS — Third Party 26 USC 7609 | |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | |
| | | ☐ 555 Prison Condition | | |

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Federal Tort Claims Act, 28 U.S.C. §1346 (b)
Defendant Taylor negligently operated a vehicle owned by the United States Border Patrol

**VII. REQUESTED IN COMPLAINT:**  ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   **DEMAND $** 2,246.60+ interest and court costs.   CHECK YES only if demanded in complaint: **JURY DEMAND:** ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY** (See instructions):   JUDGE _____   DOCKET NUMBER _____

DATE: 7-13-01       SIGNATURE OF ATTORNEY OF RECORD: /s/ Thomas Quirk

**FOR OFFICE USE ONLY**

RECEIPT # ____  AMOUNT ____  APPLYING IFP ____  JUDGE ____  MAG. JUDGE ____

2