3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 1 3 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Hector Garcia Resendez,<br>    Plaintiff, | § § § | |
| v. | § | CIVIL ACTION NO. B-01-122 |
| United States of America, et al.,<br>    Defendants. | § § § § | |

### ORDER

BE IT REMEMBERED that on November 13, 2001, the Court **ORDERED** the Parties to submit a Joint Discovery / Case Management Plan in compliance with Court Chamber Rule 7(A)(1) no later than 5:00 p.m. on Wednesday, November 14, 2001. The parties are forewarned that failure to comply with an order of this Court may result in sanctions.

DONE at Brownsville, Texas, this 13th day of November, 2001.

Hilda G. Tagle
United States District Judge