United States District Court
Southern District of Texas
FILED

NOV 1 3 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HECTOR GARCIA RESENDEZ | § | |
| *Plaintiff* | § § § | |
| vs. | § | CIVIL ACTION NO. B-01-122 |
| | § § | |
| UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF JUSTICE AND BURL WAYNE TAYLOR | § § § § | |
| *Defendants* | § | |

## PLAINTIFF HECTOR GARCIA RESENDEZ'S MOTION FOR CONTINUANCE

Hector Garcia Resendez, Plaintiff, asks the court to continue the pretrial hearing for at least 90 days.

### A. INTRODUCTION

1. Plaintiff is Hector Garcia Resendez; Defendants are United States of America (known herein as "Defendant USA"), United States Department of Justice Immigration and Naturalization Service (known herein as "Defendant Border Patrol") and Burl Wayne Taylor (known herein as "Defendant Taylor".)

2. Plaintiff sued defendants for a collision that occurred on March 2, 2000, at the intersection of Washington Street and B Street in Harlingen, Texas. Defendant, Taylor was operating a vehicle owned by Defendant Border Patrol and Defendant USA when his vehicle struck plaintiff's vehicle. As a result of the impact, plaintiff suffered damages to his vehicle in the amount of $2,242.60

3. This case is set for an initial pretrial conference on November 19, 2001.

4. Plaintiff requests a continuance because we have attempted to complete service on the Defendant USA and have not been able to successfully serve them and we will continue to effectuate service.

## B. ARGUMENT

5. The court has the discretion to grant a motion for continuance as part of its inherent power to control its own docket to ensure that cases proceed before it in a timely and orderly manner. *U.S. v. Waldman*, 579 F.2d 649, 653 (1st Cir. 1978).

6. Such extension should be granted because the Federal Government (Defendant US) does not have to answer before the expiration of sixty (60) days from the date of service. Service has not yet been perfected; therefore, plaintiff seeks an extension of the pretrial setting for 90 days from the current setting of November 19, 2001.

7. This request for continuance is not for delay only, but so that justice may be done.

## C. CONCLUSION

8. For these reasons, Plaintiff asks the court to continue the pretrial hearing for at least 90 days so that service can be effectuated against Defendant USA.

Respectfully submitted,

LAW OFFICES OF AARON & QUIRK.
901 N.E. Loop 410, Suite 903
San Antonio, Texas 78209-1308
Telephone: (210) 820-0211
Facsimile: (210) 820-0214

By: _____
Thomas E. Quirk
Attorney-in-Charge
State Bar No. 16437700
Southern District of Texas No. 29509