

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 1 4 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Hector Garcia Resendez, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. B-01-122 |
| | § | |
| United States of America, et al., | § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED that on November 14, 2001, the Court forewarned Plaintiff that the case will be dismissed without prejudice to refile unless Plaintiff shows cause for its failure to effect service on Defendants. Plaintiff is hereby **ORDERED** to show such cause before 12:00 p.m. C.S.T., on November 16, 2001.

DONE this 14th day of November, 2001 at Brownsville, Texas.

Hilda G. Tagle
United States District Judge