# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 16 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| HECTOR GARCIA RESENDEZ | § § § § | |
| *Plaintiff* | § § | |
| vs. | § § § | CIVIL ACTION NO. B-01-122 |
| UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF JUSTICE AND BURT WAYNE TAYLOR | § § § § | |
| *Defendants* | § | |

## PLAINTIFF'S RESPONSE TO SHOW CAUSE ORDER

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Plaintiff, Hector Garcia Resendez, files this response to the show cause order issued November 14, 2001 in the above styled and numbered cause:

1.  As shown by the attached Exhibit NTSC-1, citation has been issued and service thereof has been initiated upon all Defendants, by certified mail, on or about November 13, 2001. To date, neither Plaintiff's process server nor his counsel have received the certified mail "green cards" showing Defendant's receipt of service. But it is known that at least one Defendant has actually received summons because counsel has contacted this office. It is probable that, as service is to be effected upon offices in

Washington, D.C., that the current screening of postal offices is delaying receipt of summons and the corresponding "green cards."

2.   Delay in effecting service was due to a number of factors occurring in counsel's office: the departure of an associate attorney, Ronald Bruce Layer, who was initially put in charge of this file and whose case load of approximately 250 active cases remained with the firm, and the departure of two legal assistants, Teresa Warren and Melissa Martinez. All of the above-mentioned departures all took place in September of 2001, and caused considerable delay in the prosecution of all litigation. In addition to these matters, Counsel is a partner in a very small law firm, currently consisting of three attorneys. Over the period of the last several weeks, undersigned counsel has had at least ten trial settings in six different counties in Texas. (See Exhibit NTSC-2), in addition to three appeals in state court.

3.   In that this case involves a simple automobile accident, and is primarily a suit for property damage only, it is not anticipated that the delay in service will cause any detriment or prejudice to any party defendant. Counsel intends to prosecute this suit with all due diligence. Additionally, dismissal will require refiling of the lawsuit, and

even more delay.

## PRAYER

For these reasons, Plaintiff asks that this cause not be dismissed, but retained on the Court's docket.

Respectfully submitted,

LAW OFFICES OF AARON & QUIRK.
901 N.E. Loop 410, Suite 903
San Antonio, Texas 78209-1308
Telephone: (210) 820-0211
Facsimile: (210) 820-0214

By: _____
THOMAS E. QUIRK
State Bar No. 16-137700
ATTORNEYS FOR PLAINTIFF

F:\CL\106-Allstate-Auto\1942-Resendez\resp to show cause 11-16-01.doc





EXHIBIT
NTSC-1

1





NOV-16-01 11:14 AM    AARON & QUIRK           210 820 0211          P.04
Nov 15 01 03:07p      RICHARD MILLICAN        309-219-9771          p.3





## TRIAL COURT SETTING FOR TOM E. QUIRK

| SETTING DATE | CASE |
|---|---|
| September 10, 2001 | *Priscilla Graham Kirkwood, Individually and as Next of Friend of Patrick Lee Kirkwood and Alexander Ray Kirkwood v. Lee Wolfman;* In the 57th Judicial District Court of Bexar County, Texas |
| September 10, 2001 | Cause No. 6315-C; *Wilkie Law v. Maria Barboza Hernandez;* In the County Court at Law; Hays County, Texas |
| September 11, 2001 | *Christine Gomez, Plaintiff, vs. Impressions Designs, Inc., Defendant;* In The County Court At Law; Webb County, Texas. |
| September 17, 2001 | Cause No: 254503, *Salvador Peralta vs. Azalia Cruz and Spirit Rent-A-Car, Inc., d/b/a Car Temps, USA,* County Court at Law No. 5, Bexar County, Texas. |
| September 19, 2001 | Cause No. CV6958, *Robert Lee Dunlap vs. John Anthony Matchett and Nathan T. Lindsey,* County Court at Law, Cherokee County Texas |
| September 22, 2001 | Cause No. 6315-C; *Wilkie Law v. Maria Barboza Hernandez;* In the County Court at Law; Hays County, Texas. (reset of earlier setting). |
| October 1, 2001 | Cause No. 00-277-A; *Billy Watkins v. Bossier Country Chevrolet,* 77th Judicial District Court; Freestone County, Texas |
| October 5, 2001 | Cause No. 2000-CI-13772 *Michael S Thompson, Plaintiff vs. Bud Daily, individually and Troy Joseph, individually and d/b/a Baseball City, Inc., Defendants;* In The District Court, 285th Judicial District; Bexar County, Texas |
| October 8, 2001 | Cause No. 258,168; *Tanya Huerta v. Alejandrena Santa Cruz;* County Court at Law; Bexar County, Texas. |
| October 15, 2001 | Cause No. 259017; *Donald Jacobs v. HE Butt Grocery;* In the County Court at Law; Bexar County, Texas. |
| October 15, 2001 | Cause No: 87,458-A, *Corey Smith v. Gene Worrell and Baptist Community Services;* in the 47th District Court; Potter County, Texas; |

**EXHIBIT NTSC-2**