7

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

| HECTOR GARCIA RESENDEZ | § | |
|---|---|---|
| | § | |
| *versus* | § | CIVIL ACTION NO. 1:01-122 |
| | § | |
| UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF JUSTICE and BURL WAYNE TAYLOR | § | |

United States District Court
Southern District of Texas
ENTERED

NOV 1 6 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

## Order Re-Setting Conference

1. Plaintiff's motion for continuance (Dkt #4) is granted; the initial pretrial conference is reset for:

### January 22, 2002 at 1:30 p.m.

Before the Honorable Hilda G. Tagle
United States District Judge
Third Floor-Courtroom No. 3
United States Courthouse
600 E. Harrison Street, #306
Brownsville, Texas 78520

2. At least 14 days ***before*** the conference, counsel must file a *joint* case management plan with the identity and purpose of witnesses, sources and types of documents, and other requirements for a prompt and inexpensive preparation of this case for disposition by motion or trial. *See* Fed R. Civ. P. Rule 26(f) and Chamber Rule F(a)(1).

3. The parties may agree on additional deadlines for completion of pretrial matters and bring a proposed Scheduling and Docket Control Order with them to the initial pretrial conference.

4. By the conference, counsel will have interviewed their clients and read the documents; readily available documents will have been exchanged at the plan meeting at the latest.

5. The court will set a schedule for initial preparation and may rule on motions pending or made at the conference.

6. Counsel who appears at the conference must have authority to bind the client and must know the facts.

7. Counsel must have discussed alternative dispute resolution with their clients and each other; at the conference, the court will consider whether a method of ADR is suited to this case.

8. Failure to comply with this order may result in sanctions, including dismissal of the action and assessment of expenses.

BY ORDER OF THE COURT