United States District Court
Southern District of Texas
FILED

JAN 1 0 2002

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HECTOR GARCIA RESENDEZ, | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | CIVIL ACTION NO. B-01-122 |
| | * | |
| UNITED STATES OF AMERICA, et al. | * | |
| Defendants. | * | |

## STATUS REPORT
## AND UNOPPOSED/JOINT MOTION TO SUBMIT CASE MANAGEMENT
## PLAN OUT OF TIME

TO THE HONORABLE JUDGE OF SAID COURT:

Defendants and Plaintiff herein wish to advise the Court of the developments in this case.

Counsel for the defendants has been advised by officials with the Immigration and Naturalization Service that a voucher for full payment of the claim at issue herein was sent to Allstate Insurance Company on August 30, 2000; however, when the voucher was not returned, the agency decided to withdraw its acceptance of the claim and issued a declination instead. Unfortunately, counsel for the defendants has not yet received supporting documentation of this attempt to settle or other documentation to enable her to comply with the requirements of Rule 26. Defendant's Answer herein is not due to be filed until January 22, 2002.

However; given the amount of the claim at issue and the apparent attempt to settle this case *in toto* at the administrative level, counsel for the parties herein would respectfully suggest to the Court that they be permitted an opportunity to explore with their respective clients this issue and, if not resolved by January 22, 2002 (the date of

the initial pretrial conference), the parties be allowed to submit their case management plan on or by January 22, 2002.

WHEREFORE, PREMISES CONSIDERED, the parties herein ask that this Court allow the parties until January 22, 2002, to file their Joint Discovery Case Management Plan.

Respectfully submitted,

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

_____
NANCY L. MASSO
Assistant United States Attorney
600 East Harrison St., No. 201
Brownsville, TX 78520
Tel:   (956) 548-2554
Fax:   (956) 548-2549
State Bar No. 00800490
Federal I.D. No. 10263

## Certificate of Consultation

I certify that I spoke with Plaintiff's counsel earlier today and he joins in this pleading and agrees to the request for additional time to submit a case management plan.

_____
NANCY L. MASSO
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this pleading was forwarded to plaintiff's counsel on January 10, 2002, via First Class Mail to the address below:

Thomas E. Quirk
Cornel Walker
Attorneys at Law
901 N.E. Loop 410
San Antonio, TX 78209

1/10/02
_____
DATE

_____
NANCY L. MASSO
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HECTOR GARCIA RESENDEZ, | * | |
|     Plaintiff, | * | |
| | * | |
| vs. | * | CIVIL ACTION NO. B-01-122 |
| | * | |
| *UNITED STATES OF AMERICA, et al.* | * | |
|     Defendants. | * | |

## ORDER

    On this date, the Court considered the parties motion to submit their Joint Discovery and Case Management Plan out of time. Given the circumstances outline in the motion and status report, the Court wil GRANT the parties motion.

    THEREFORE, IT IS ORDERED, that the parties herein file the Case Management Plan no later than January 22, 2002.

    Signed this ___ day of January, 2002.

_____
HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE