11

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 1 5 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| HECTOR GARCIA RESENDEZ,<br>     Plaintiff, | * * * | |
| vs. | * * | CIVIL ACTION NO. B-01-122 |
| UNITED STATES OF AMERICA, et al.<br>     Defendants. | * * | |

### ORDER

On this date, the Court considered the parties motion to submit their Joint Discovery and Case Management Plan out of time. Given the circumstances outline in the motion and status report, the Court wil GRANT the parties motion.

THEREFORE, IT IS ORDERED, that the parties herein file the Case Management Plan no later than January 22, 2002.

Signed this 14 day of January, 2002.

_____
HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE