12

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 16 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Hector Garcia Resendez,<br>Plaintiff, | § § § | |
| v. | § | Civil Action No. B-01-122 |
| United States of America, et al.,<br>Defendants. | § § § | |

## ORDER

    BE IT REMEMBERED that on January 16, 2002, the Court **REFERRED** the above-captioned case to Magistrate Judge Felix Recio for management up to trial. Judge Recio will conduct the initial pretrial conference, enter a scheduling order, hold any necessary hearings, and complete report and recommendations on dispositive motions.

    If, by the time the case is ready for trial, the Parties have not consented to trial by the magistrate judge, the trial will be promptly set before United States District Judge Hilda G. Tagle. The initial pretrial conference set for Tuesday, January 22, 2002 is hereby cancelled.

    DONE this 16th day of January, 2002, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge