14

United States District Court
Southern District of Texas
FILED

JAN 22 2001

Michael N. Milby, Clerk of Court

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| HECTOR GARCIA RESENDEZ, * | |
| Plaintiff, * | |
| * | |
| v. * | CIVIL ACTION No. B-01-122 |
| * | |
| UNITED STATES OF AMERICA, et al. * | |
| Defendant. * | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

The Defendants herein, by and through Michael T. Shelby, United States Attorney for the Southern District of Texas, notifies the Court that the Parties herein have reached agreed to terms of settlement. Presently, Settlement documents are being circulated between the parties for signature. Actual disbursement of settlement funds is expected to take 10 to 12 weeks after submission of a fully executed Stipulation for Compromise Settlement to appropriate authorities.

Respectfully submitted,

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

NANCY L. MASSO
Assistant U. S. Attorney
UNITED STATES ATTORNEY'S OFFICE
600 East Harrison Street, No. 201
Brownsville, Texas 78520
TEL: (956) 548-2554
FAX: (956) 548-2549
Texas Bar No. 00800490
Federal Bar No. 10263

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2002, a copy of the enclosed Notice of Settlement was mailed to:

Mr. Thomas E. Quirk
Mr. Cornel Walker
Attorney at Law
901 N.E. Loop 410
San Antonio, TX 78209

NANCY L. MASSO
Assistant United States Attorney