AO 440 (Rev. 10/93) Summons in a Civil Action

CAB-01-122  15

# RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 15TH NOVEMBER 2001 | United States District Court Southern District of Texas FILED |
|---|---|---|
| NAME OF SERVER (PRINT) RICHARD MILLICAN | TITLE PROCESS SERVER | |

Check one box below to indicate appropriate method of service

MAR 0 5 2002

Michael N. Milby
Clerk of Court

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): SERVED BY CERTIFIED MAIL RETURN RECEIPT REQUESTED TO: UNITED STATES DEPARTMENT OF JUSTICE IMMIGRATION AND NATURALIZATION SERVICE BORDER PATROL SERVICE SERVING DISTRICT DIRECTOR, KAREN SEVERN SEE ATTACHED POSTAL FORM 3800 AND 3811

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $ 75.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  15TH NOVEMBER 2001
            Date

Signature of Server

RICHARD MILLICAN
Address of Server: P. O. BOX 460146
SAN ANTONIO TEXAS 78246

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**RETURN RECEIPT REQUESTED**

A. Received by (Please Print Clearly)

B. Date of Delivery: NOV 1 5 2001

C. Signature
X  *Suneet Kh[...]*  ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

   UNITED STATES DEPARTMENT OF
   JUSTICE IMMIGRATION AND
   NATURALIZATION SERVICE BORDER
   PATROL SERVICE SERVING DISTRICT
   DIRECTOR
   KAREN SEVERN
   8101 N. STEMMONS FREEWAY
   DALLAS, TEXAS 75247

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
   7001 0320 0001 7637 8223

PS Form 3811, March 2001   Domestic Return Receipt   102595-01-M-1424



U.S. Postal Service
CERTIFIED MAIL RECEIPT

7001 0320 0001 7637 8223

| | |
|---|---|
| Postage | $ 0.57 |
| Certified Fee | 2.10 |
| Return Receipt Fee (Endorsement Required) | 1.50 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.17 |

Postmark: NOV 13 2001  Clerk: GR6TNO  11/13/01

Sent To: BORDER PATROL SERVICE SERVING DISTRICT DIRECTOR KAREN SEVERN
Street, Apt. No., or PO Box No.: 8101 N. STEMMONS FREEWAY
City, State, ZIP+4: DALLAS, TEXAS 75247