CAB-01-122    16

%AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 16TH NOVEMBER 2001 | United States District Court Southern District of Texas FILED |
|---|---|---|
| NAME OF SERVER (PRINT) RICHARD MILLICAN | TITLE PROCESS SERVER | |

*Check one box below to indicate appropriate method of service*

MAR 0 5 2002

Michael N. Milby
Clerk of Court

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  SERVED BY CERTIFIED MAIL RETURN RECEIPT REQUESTED
   TO:  UNITED STATES OF AMERICA SERVING UNITED STATES ATTORNEY OF THE
        SOUTHERN DISTRICT OF TEXAS  GREGORY A. SERRES
        SEE ATTACHED POSTAL FORM 3800 AND 3811

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $ 75.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed   16TH  NOVEMBER  2001            _[signature]_
           Date                             Signature of Server

                                    RICHARD MILLICAN
                    Address of Server  P. O. BOX 460146
                                    SAN ANTONIO TEXAS 78246

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

- Print... ddress on the reverse so... e card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**A.** Received by (Please Print Clearly): Rosie Y. Castillo
**B.** Date of Delivery: 11/16/01

**C.** Signature
X Rosie Y. Castillo
☐ Agent
☐ Addressee

**D.** Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

   UNITED STATES OF AMEIRCA
   SERVING UNITED STATES ATTORNEY
   OF THE SOUTHERN DISTRICT OF
   TEXAS GREGORY A. SERRES
   600 E. HARRISON 2ND FLOOR
   BROWNSVILLE, TEXAS 78520

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)   7001 0320 0001 7637 8209

PS Form 3811, March 2001   Domestic Return Receipt   102595-01-M-1424

---

U.S. Postal Service
CERTIFIED MAIL RECEIPT

| | |
|---|---|
| Postage | $ 0.57 |
| Certified Fee | 2.10 |
| Return Receipt Fee (Endorsement Required) | 1.50 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.17 |

Postmark: NOV 13 2001   11/13/01

Sent To: SOUTHERN DISTRICT OF TEXAS GREGORY A. SERRES
Street, Apt. No. or PO Box No: 600 E. HARRISON 2ND FLOOR
City, State, ZIP+4: BROWNSVILLE, TEXAS 78520

7001 0320 0001 7637 8209