Service of the Summons and complaint was made by me⁽¹⁾     3RD DECEMBER 2001

CAB-01-122

AO 440 (Rev. 10/93) Summons in a Civil Action

17

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 3RD DECEMBER 2001 |
|---|---|
| NAME OF SERVER *(PRINT)* RICHARD MILLICAN | TITLE PROCESS SERVER |

United States District Court
Southern District of Texas
FILED

MAR 0 5 2002

Michael N. Milby
Clerk of Court

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED BY CERTIFIED MAIL RETURN RECEIPT REQUESTED TO: BURL WAYNE TAYLOR SEE ATTACHED POSTAL FORM 3800 AND 3811

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $75.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   3RD DECEMBER 2001    _[signature]_
                 Date                *Signature of Server*

                           RICHARD MILLICAN
                           P. O. BOX 460146
             *Address of Server*    SAN ANTONIO TEXAS 78246

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

BURL WAYNE TAYLOR
695 JOSE MARTI BLVD.
BROWNSVILLE, TEXAS  78521

A. Received by (Please Print Clearly)   B. Date of Delivery 12/3/01

C. Signature
X _____  ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)    7001 0320 0001 7637 8216

PS Form 3811, March 2001        Domestic Return Receipt        102595-01-M-1424



U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

7001 0320 0001 7637 8216

BROWNSVILLE, TX 78521

| | | |
|---|---|---|
| Postage | $ | 0.57 |
| Certified Fee | | 2.10 |
| Return Receipt Fee (Endorsement Required) | | 1.50 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 4.17 |

Postmark Here — UNIT ID: 0213 — 13 2001 — Clerk: GR6TNO — 11/13/01

Sent To: BURL WAYNE TAYLOR
Street, Apt No, or PO Box No: 695 JOSE MARTI BLVD.
City, State, ZIP+4: BROWNSVILLE, TEXAS  78521