UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
JUN 1 0 2002
Michael N. Milby
Clerk of Court

| | |
|---|---|
| HECTOR GARCIA RESENDEZ | * |
| | * |
| vs. | *   CIVIL ACTION No. B-01-122 |
| | * |
| UNITED STATES OF AMERICA ET AL | * |

## AGREED MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

The United States of America, the Defendant herein, by and through Michael T. Shelby, United States Attorney for the Southern District of Texas, and Hector Garcia Resendez, Plaintiff herein, by and through his counsel, Thomas E. Quirk, move the Court to dismiss with prejudice the above-entitled and numbered cause for the reason that all matters of fact and things in controversy have been fully and finally compromised and settled by and between the Parties hereto. Furthermore, all necessary settlement documents have been executed and filed and settlement disbursements have been issued.

WHEREFORE, PREMISES CONSIDERED, the United States of America, the Defendant herein, and Hector Garcia Resendez, Plaintiff herein, request that the Court enter its order dismissing said cause with prejudice to the rights of Plaintiff to refile same or any part thereof, and that all costs of court be taxed against the party who incurred same.

Respectfully submitted,

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

NANCY L. MASSO
Assistant United States Attorney
600 E. Harrison St. #201
Brownsville, Texas 78520
(956) 548-2554/FAX (956) 548-2549
State Bar No. 00800490
Federal I.D. No. 10263

HECTOR GARCIA RESENDEZ, Plaintiff

By: _____
THOMAS E. QUIRK
Attorney at Law
901 NE Loop 410, Suite #903
San Antonio, TX 78209-1308
(210) 820-0211/FAX (210) 820-0214
State Bar No. 16437700

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the true and foregoing copy of the Agreed Motion to Dismiss mailed to Thomas E. Quirk, Attorney at Law, 901 NE Loop 410, Suite #903, San Antonio, TX 78209-1308 on this the ___ day of June, 2002.

NANCY L. MASSO
Assistant United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HECTOR GARCIA RESENDEZ | * | |
| | * | |
| vs. | * | CIVIL ACTION No. B-01-122 |
| | * | |
| UNITED STATES OF AMERICA ET AL | * | |

## ORDER OF DISMISSAL

On this day came on to be heard the agreed motion to dismiss the above-entitled and numbered cause, seeking dismissal of said cause with prejudice. The Court is of the opinion and finds that all matters in dispute between the parties have been fully and finally compromised and settled.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED, that the above-entitled and numbered cause be and the same is **DISMISSED** with prejudice to the right of the Plaintiff to refile same or any party thereof. All costs of court are taxed against the party who incurred same.

SIGNED this ___ day of _____, 2002 , in Brownsville, Texas.

_____
FELIX RECIO
UNITED STATES MAGISTRATE JUDGE