United States District Court
Southern District of Texas
**ENTERED**

**JUN 1 3 2002**

Michael N. Milby, Clerk of Court
By Deputy Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HECTOR GARCIA RESENDEZ | * | |
| | * | |
| vs. | * | CIVIL ACTION No. B-01-122 |
| | * | |
| UNITED STATES OF AMERICA ET AL | * | |

## ORDER OF DISMISSAL

On this day came on to be heard the agreed motion to dismiss the above-entitled and numbered cause, seeking dismissal of said cause with prejudice. The Court is of the opinion and finds that all matters in dispute between the parties have been fully and finally compromised and settled.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED, that the above-entitled and numbered cause be and the same is **DISMISSED** with prejudice to the right of the Plaintiff to refile same or any party thereof. All costs of court are taxed against the party who incurred same.

SIGNED this 13 day of _June_, 2002, in Brownsville, Texas.

HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE